JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECRET LOPEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, *et al*.<br><br>         Defendants. | Case No. 2:21-cv-08794-FMO-PVC<br><br>**ORDER**<br><br>Honorable Fernando M. Olguin |

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The Stipulation of Dismissal is with prejudice and is signed by counsel for Plaintiff Secret Lopez, and counsel for Defendants County of Los Angeles and Deputy Elizabeth Tarin, who have appeared in the action.

IT IS THEREFORE ORDERED that:

1.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Secret Lopez, and counsel for Defendants County of Los Angeles and Deputy Elizabeth Tarin, by their respective attorneys, stipulate that this action is dismissed with prejudice.

2.  Each party shall bear his or her own attorney's fees, including attorney

fees per 42 USC Section 1988, costs, and expenses incurred by or on behalf of said party in connection with this action.

**IT IS SO ORDERED.**

Dated: May 30, 2023

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE